(127 Só. 796)

### Malcolm HANNAH v. STATE.
### 8 Div. 195.

Supreme Court of Alabama.
April 17, 1930.

Jas. C. Roberts, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J.

Petition of Malcolm Hannah for certiorari to the Court of Appeals to review and revise the judgment and decision. of that court in Hannah v. State, 23 Ala. App. 487, 127 So. 795.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.